UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22987-ALTMAN/Reid

**JESUS GONZALEZ**,

    *Plaintiff*,

v.

**PINCHO FACTORY #2, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER

The parties have settled this case. *See* Notice of Settlement [ECF No. 24]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. This case shall be administratively **CLOSED** without prejudice to the parties. The parties shall file a stipulation of dismissal by **January 27, 2023**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 22, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record